IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) INJUNCTIVE RELIEF SOUGHT |
| | ) |
| vs. | ) |
| | ) CASE NO. 19-cv-05083 |
| WESTIN HOTEL MANAGEMENT, LP. d/b/a THE WESTIN CHICAGO RIVER NORTH, | ) |
| | ) Judge Ronald A. Guzman |
| | ) Magistrate Judge Jeffrey T. Gilbert |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant WESTIN HOTEL MANAGEMENT, L.P. d/b/a THE WESTIN CHICAGO RIVER NORTH, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| | |
|---|---|
| HOWARD COHAN | WESTIN HOTEL MANAGEMENT, L.P. d/b/a THE WESTIN CHICAGO RIVER NORTH |
| By: /s/ *Marshall J. Burt* | By: */s/ Mark M. Trapp* |
| Counsel for Plaintiff | Counsel for Defendant |
| Marshall J. Burt, Esq. | Mark M. Trapp |
| The Burt Law Group, Ltd. | Conn Maciel Carey, LLP |
| 77 W. Washington, Ste 1300 | 53 W. Jackson Blvd. Suite 1328 |
| Chicago, IL 60602 | Chicago, Illinois 60604 |
| 312-419-1999 | (312) 809-8122 |
| Marshall@mjburtlaw.com | mtrapp@connmaciel.com |